1  JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5

Attorney for: PLAINTIFF
6

7

8            UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No. 2:14 cv 8655

12               Plaintiff,

13        vs.                        STIPULATION TO CONSENT

14 | LISA A. GRINDSTAFF,              JUDGMENT,  AND JUDGMENT

15                    Defendant

16

17      It  is  hereby  Stipulated  by  and  between  Plaintiff,

18  United States Of America, and Defendant, Lisa A. Grindstaff,

19  as follows:

20      1.  This  Court  has  jurisdiction  over  the  subject

21  matter of this litigation and over all parties thereto (28

22  U.S.C. Section 1345).  The Complaint filed herein states a

23  claim upon which relief can be granted.

24      2.  The  defendant  hereby  acknowledges  and  accepts

25  service  of  the  Complaint  filed  herein.   Defendant

26  acknowledges and agrees that the facts and allegations made

27  therein are true and correct.

28  ///

3. The defendant hereby agrees to the entry of Judgment in the principal amount of $1,151.03 plus interest accrued to November 6, 2014, in the sum of $1,791.07; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, attorney fees, pursuant to Central District Local Rule 55.4, in the sum of $0.00, and $0.00 as cost, for a total judgment of $**2,942.10**.

4. Defendant will make payments to plaintiff, in the amount of $60.00 per month, beginning January 25, 2015, and each month thereafter on the 25th day. The first payment and each payment thereafter will be mailed to the U.S. Department of Justice, Central Intake Facility, P.O. Box 790363 in St. Louis, MO 63179-0363. All payments should be made **payable to the U.S. Department of Justice** and **have his/her CDCS number (1999A94989) visibly written on the face of the check.** As a courtesy, the Defendant *should* receive monthly statements in the mail in which to include and forward his/her payment to the Central Intake Facility; however, **it is the defendant's responsibility to ensure that his/her payments are made on time regardless of whether or not the statement was received.** Should the statement not be received, the defendant will immediately notify Plaintiff's attorney so that they may verify that the defendant is being mailed the statements.

5. The payment rate will be reevaluated annually and will be modified, as necessary, to take into account the changed economic circumstances of the defendant. Defendant

agrees that the monthly payment amount will be increased by 10% on each anniversary of the entry of judgment.    If the defendant can provide evidence of hardship, plaintiff's counsel may, at their own discretion, waive the 10% increase on a year by year basis.    The defendant also agrees that larger monthly payments may be made at any time, and that the defendant may pay off the debt in full at anytime.

6.    For the purpose of evaluation and possible modification, the defendant will provide plaintiff with copies of defendant's Federal and State Income Tax returns including all attachments and completed Financial Statement on a form provided by plaintiff; these completed documents shall be returned with the defendant's first payment.    The debtor will be required to complete said Financial Statement not less than once every twelve (12) months.

7.    Under no circumstances will the monthly payment rate be lower than $60.00.

8.    Should defendant become delinquent for a period of fifteen days in making any payment due hereunder, plaintiff shall have the right to immediately enforce the full balance then due on this consent judgment after giving credit for any payments made in accordance with the applicable laws.

9.    Plaintiff has the right to record liens with the applicable County Recorder wherein defendant resides or owns real property.

10.  When the amount of the consent judgment is fully paid, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide the defendant

with Releases of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorders.

11. This consent judgment will accrue interest at the legal rate from the date of entry until satisfied.

12. Upon the entry of this judgment, you will receive a Notice of Intent to Offset advising that this debt may be submitted to the Department of Treasury for inclusion in the Treasury Offset Program should there be a default in the agreed upon payment plan relating to this judgment.

DATED: _1-19-15_                     _Lisa Smith_
                                     Lisa A. Grindstaff

DATED: _1|22|15_                     _____
                                     Jacquelyne M. Nguyen
                                     Attorney For The Plaintiff