JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14 cv 8655 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LISA A. GRINDSTAFF, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Lisa A. Grindstaff, in the principal amount of $1,151.03 plus interest accrued to November 6, 2014, in the sum of $1,791.07; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**2,942.10**.

DATED: 1/23/15

By: TERRY NAFISI
Clerk of the Court

Deputy Clerk
United States District Court